IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:12cr6-SPM

LEE CONDER JAMES,

    Defendant.
_____/

## ORDER FOR PRESERVATION OF SEIZED MARIJUANA AND PACKAGING

Upon consideration, Defendant's Unopposed Motion for Order Directing the Drug Enforcement Agency to Preserve Physical Evidence (doc. 49) is granted. The Drug Enforcement Agency shall preserve the marijuana and packaging seized in this case to allow for inspection by defense counsel at a date and time mutually agreeable to the Drug Enforcement Administration, the Assistant United States Attorney, and defense counsel. The United States Attorney's Office is responsible for securing the Drug Enforcement Administration's compliance with this order.

SO ORDERED this 27th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge