IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:12cr6-SPM

LEE CONDER JAMES,

    Defendant.
_____/

## ORDER ON MOTION IN LIMINE OR ALTERNATIVELY FOR SEVERANCE

This cause comes before the Court on Defendant's Motion in Limine to Preclude Admission of Co-Defendant Statements or, in the Alternative, for a Severance. Doc. 48. The motion is based on Bruton v. United States, 391 U.S. 123 (1968) (confession of non-testifying co-defendant cannot be introduced at joint trial if it incriminates other defendants).

In its response in opposition, the Government states that it expects that the co-defendants will testify, thus avoiding the Bruton issue. If that does not happen, the Government states that the Bruton issue can be avoided by redacting all parts of the confessions that incriminate Defendant (by name and by reference to his existence) and by giving the jury an appropriate limiting instruction. See United States v. Schwartz, 541 F.3d 1331, 1349-1353 (11th Cir. 2008) (discussing issues involved in making a proper redaction).

The Court has reviewed the reports of the co-defendants' confessions. In their current form, they present a <u>Bruton</u> issue that would require a severance of defendant's trial from the co-defendants' trial, or alternatively exclusion of the confessions at a joint trial. The confessions can be redacted, however, to avoid the <u>Bruton</u> problem. Based on the foregoing, it is

ORDERED AND ADJUDGED: Defendant's Motion in Limine to Preclude Admission of Co-Defendant Statements or, in the Alternative, for a Severance. (doc. 48) is denied.

DONE AND ORDERED this 12th day of April, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge